[No. 25945-5-III.   Division Three.   October 7, 2008.]

*In the Matter of the Marriage of* KELLY B. MARZETTA, *Appellant,* and ALLAN L. MARZETTA, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 01-3-01811-4, Paul A. Bastine, J. Pro Tem., entered January 30, 2007. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Kulik, J.

[No. 26330-4-III.   Division Three.   October 7, 2008.]

KELLEEN A. GARDNER, *Appellant,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 06-2-05242-5, Salvatore F. Cozza, J., entered June 22, 2007. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Sweeney and Brown, JJ.

[No. 26507-2-III.   Division Three.   October 7, 2008.]

*In the Matter of the Estate of* EVELYN R. HEDGES.

Appeal from a judgment of the Superior Court for Chelan County, No. 04-4-00070-1, Lesley A. Allan, J., entered September 10, 2007. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Brown, J., concurred in by Sweeney and Korsmo, JJ.

[No. 26166-2-III.   Division Three.   October 9, 2008.]

JILL OSBORN ET AL., *Plaintiffs,* JIM BUTLER ET AL., *Appellants,* v. BECHTEL NATIONAL, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Benton County, No. 05-2-02685-2, Vic L. VanderSchoor, J., entered May 9, 2007. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Kulik, J.